**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JOHN MICHAEL KLINGER**                                                          **PETITIONER**

**VS.**                                  **CASE NO. 2:05CV00306 WRW**

**LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas**                                          **RESPONDENT**

<u>**JUDGMENT**</u>

        In accordance with the Court's Order entered this date, judgment is hereby entered

granting this 28 U.S.C. § 2241 petition for writ of habeas corpus.  Respondent is directed to:  (a)

consider, within twenty days and in good faith, transferring Petitioner to a community

corrections center  for the last six months of his sentence, or the remainder of his sentence if less

than six months remain to be served, in accordance with the factors taken into account by the

Bureau of Prisons prior to its adoption of the December 2002 Policy; and (b) place Petitioner in

conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry

into the community during a reasonable part of the last ten percent of his term, to the extent

practicable, not to exceed six months.

        IT IS SO ORDERED this 19th day of January, 2006.


                                        /s/ Wm. R.Wilson,Jr.                          
                                        UNITED STATES DISTRICT JUDGE